GOODWIN

Gabrielle L. Gould
+1 212 813 8855
ggould@goodwinlaw.com

Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018

goodwinlaw.com
+1 212 813 8800

May 8, 2026

Hon. Rukhsanah L. Singh, U.S.M.J.
United States Courthouse
402 E. State Street
Trenton, New Jersey 08608

**Re: Meghan Young v. Experian Information Solutions, Inc.**
**Civil No. 23-03312-MAS-RLS**
***Pro Hac Vice* Application**

Dear Judge Singh,

Defendant Experian Information Solutions, Inc., respectfully moves for the *pro hac vice* admission of John A. Vogt in the referenced matter. Plaintiff's counsel consents to the application.

In support of the application, we submit the enclosed supporting Declaration of John A. Vogt, Certification of Local Counsel, and proposed form of Order.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Gabrielle L. Gould*
Gabrielle L. Gould

cc: All Counsel of Record via ECF