Gabrielle L. Gould
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: 212-813-8800
Fax: 212-335-3333
ggould@goodwinlaw.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MEGHAN YOUNG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | Case No. 3:23-cv-03312-MAS-RLS<br><br>**CERTIFICATION OF GABRIELLE L. GOULD, ESQ. IN SUPPORT OF *PRO HAC VICE* ADMISSION** |

THE UNDERSIGNED, Gabrielle L. Gould, Esq., pursuant to Local Rule of Civil Procedure 101.1(c), and as a member of the Bar of the United States District Court for the District of New Jersey, respectfully moves that John A. Vogt, an attorney with the firm Goodwin Procter LLP, located at 660 Newport Center Drive, Newport Beach, CA 92660, be admitted to appear and practice in this Court in the

above-captioned matter as counsel *pro hac vice* for Defendant Experian Information Solutions, Inc. In support of this application, I hereby certify:

1. I am a partner with the law firm of Goodwin Procter LLP, counsel of record for Defendant Experian Information Solutions, Inc., in the above-captioned matter.

2. I am a member in good standing of the Bar of the State of New Jersey and of this Court. I have never been, nor am I currently, under suspension or disbarment by any court.

3. I am personally familiar with the facts set forth in this Certification.

4. The supporting Declaration of Mr. Vogt is submitted herewith.

5. There are no disciplinary proceedings pending against Mr. Vogt in any jurisdiction.

6. Mr. Vogt is familiar with the Local Rules of the United States District Court for the District of New Jersey.

7. There is good cause for the *pro hac vice* admission of John A. Vogt, Esq., as he is familiar with the facts, issues, and pleadings in this action, and no delay in the conduct of the proceedings would be occasioned by his acting as an attorney for Defendant in this matter.

8. If the Court grants the above-referenced application for *pro hac vice* admission, I or another attorney who is admitted to practice before this

Court will continue to serve as local counsel of record in this matter, will review and sign all pleadings, briefs, and other papers filed with the Court, will be responsible for the conduct of this matter and for the conduct of the attorney admitted *pro hac vice*, and will ensure that said attorney contributes to the New Jersey Lawyers' Fund for Client Protection and otherwise complies with all the terms and conditions of Local Civil Rule 101.1(c) governing *pro hac vice* admissions.

9. In accordance with this application, I agree to comply with Local Civil Rule 101.1(c) and to be responsible for the conduct of John A. Vogt, Esq.

10. Counsel for Plaintiff consents to the admission *pro hac vice* of John A. Vogt, Esq. to the District of New Jersey for purposes of this pending action before the United States District Court, District of New Jersey.

11. It is respectfully requested that this Court enter the Order admitting John A. Vogt, Esq. *pro hac vice* in this matter.

I declare under penalty of perjury that the foregoing is true and accurate.

Dated: May 11, 2026

Respectfully submitted,

*/s/ Gabrielle L. Gould*

Gabrielle L. Gould (NJ Bar # 035311996)
GOODWIN PROCTER LLP

The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: 212-813-8800
Fax: 212-335-3333
ggould@goodwinlaw.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*