Gabrielle L. Gould
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: 212-813-8800
Fax: 212-335-3333
ggould@goodwinlaw.com

John A. Vogt (*pro hac vice* pending)
GOODWIN PROCTER LLP
660 Newport Center Drive
Suite 450
Newport Beach, CA 92660
Tel.: 949-743-3400
Fax: 949-773-3485
javogt@goodwinlaw.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MEGHAN YOUNG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | Case No. 3:23-cv-03312-MAS-RLS<br><br>**CERTIFICATION OF JOHN A. VOGT, ESQ. IN SUPPORT OF *PRO HAC VICE* ADMISSION** |

I, John A. Vogt, Esq., do hereby swear as follows:

1. I am a partner with the law firm of Goodwin Procter LLP, 660 Newport Center Drive, Newport Beach, CA 92660, attorneys of record for Defendant Experian Information Solutions, Inc., in the above-captioned matter. I am fully familiar with the facts and circumstances surrounding this litigation, and I submit this Certification in support of Defendant's Motion for an Order admitting John A. Vogt, Esq., as counsel *pro hac vice* in the above-captioned matter.

2. I am a member in good standing of the courts and Jurisdictions listed below. Also included below are the offices that can verify my bar admissions:

| **Jurisdiction/Court** | **Year Admitted** | **Office Maintaining the Roll of Members of the Bar** |
|---|---|---|
| U.S.D.C. C.D. California | 1998 | 350 W 1st Street<br>Suite 4311<br>Los Angeles, CA 90012 |
| U.S.D.C. N.D. California | 2014 | 450 Golden Gate Avenue<br>San Francisco, CA 94102 |
| U.S.D.C. S.D. California | 2008 | 333 West Broadway<br>Suite 420<br>San Diego, CA 92101 |
| U.S.D.C. E.D. California | 2008 | 501 I Street<br>Sacramento, CA 95814 |
| California State Bar | 1998 | 180 Howard Street<br>San Francisco, CA 94105 |
| Nevada State Bar | 2018 | 3100 West Charleston<br>Boulevard, Suite 100<br>Las Vegas, NV 89521 |

3. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed upon me in any jurisdiction. I am not

under suspension, nor have I ever been censured, suspended, or disbarred by any court. I am a member in good standing in each of the foregoing jurisdictions.

4. I am ineligible for plenary admission to the bar of this Court under Local Rule 101.1(b).
5. My admission *pro hac vice* will not present any conflicts of interest.
6. I am responsible as counsel for Defendant, and the issues raised in this litigation before this Court involve areas of the law with which I have experience.
7. Pursuant to Local Civil Rule 101.1(c)(4), all pleadings submitted on behalf of the above-referenced Defendant in this litigation will be signed by a member of the bar of this Court.
8. I agree to strictly observe the dates fixed for scheduling conferences, motions, briefs, pre-trial conferences, trial or other proceedings. I further agree to submit to the jurisdiction of this Court for the purposes of sanctions, discipline, or other such action as the Court may deem proper.
9. Pursuant to Local Civil Rule 101.1(c)(2), I agree to pay the annual fee required by the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2.
10. Pursuant to Local Civil Rule 101.1(c)(3), I agree to pay of $250.00 to the

Clerk, United States District Court.

11. In light of the foregoing, I respectfully request that I be admitted *pro hac vice* for the purpose of representing Defendant Experian Information Solutions, Inc., in this matter in association with New Jersey counsel. I agree to be bound by the rules governing practice in this Court, including the disciplinary rules.

I declare under penalty of perjury that the foregoing is true and accurate.

Dated: May 11, 2026

/s______________________
John A. Vogt
GOODWIN PROCTER LLP
660 Newport Center Drive
Suite 450
Newport Beach, CA 92660
Tel.: 949-743-3400
Fax: 949-773-3485
javogt@goodwinlaw.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*