**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MEGHAN YOUNG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | Case No. 3:23-cv-03312-MAS-RLS<br><br>**[PROPOSED] ORDER GRANTING *PRO HAC VICE* ADMISSION** |

**THIS MATTER** having come before the Court with the consent of all parties, by Defendant Experian Information Solutions, Inc., seeking permission for the admission of John A. Vogt, Esq. *pro hac vice* in the above-captioned action pursuant to Local Rule 101.1(c); and for good cause shown;

**IT IS** on this ____day of _________, 2026,

**ORDERED** that Defendant's application for the *pro hac vice* admission of John A. Vogt, Esq. in this matter is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that John A. Vogt, Esq. is hereby admitted *pro hac vice* pursuant to Local Civil Rule 101.1 for the sole purpose of entering an appearance on behalf of and representing Defendant in this matter; and

**IT IS FURTHER ORDERED** that John A. Vogt, Esq. shall abide by the Rules of Disciplinary Enforcement and Local Rules of the United States District Cort for the District of New Jersey; and

**IT IS FURTHER ORDERED** that pursuant to Local Civil Rule 101.1(c)(2), a copy of this Order shall be forwarded to the Treasurer of the New Jersey Lawyers' Fund for Client Protection. John A. Vogt, Esq. shall, for the duration of the time that he serves as counsel *pro hac vice* in this matter, make an annual payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and shall pay the sum of $250.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3); and

**IT IS FURTHER ORDERED** that John A. Vogt, Esq. shall notify the Court immediately of any disciplinary matter affecting his standing at the bar of any jurisdiction; and

**IT IS FURTHER ORDERED** that John A. Vogt, Esq. shall have all pleadings, briefs and other papers filed with the Court in this matter signed by an attorney-at-law of this Court who shall be responsible for them and for the conduct of the case and John A. Vogt, Esq., pursuant to Local Civil Rule 101.1(c)(3).

BY THE COURT

Rukhsanah L. Singh
UNITED STATES MAGISTRATE JUDGE